AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Dillon Colby Herrington | ) Case: 1:21-mj-00465 |
| DOB: XXXXXX | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 6/7/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grou,
18 U.S.C. § 1752(a)(2)(4) - Knowingly Engage in any act of Physical Violence Against any Person or Property in a Restricted Building ,
40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engage in an act of Physical Violence in the Grounds of the Capitol Building ,
18 U.S.C. § 231(a)(3) - Commit or Attempt any act to Obstruct Impede or Interfere with Law Enforcement in the Lawful Performance of his Official Duties,
18 U.S.C. § 111(a)(1) - Forcibly Assault, Resist, Opposes Impede, Intimidate, or Interfere .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Mark A. Singleton, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/07/2021__

*Judge's signature*

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*