AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dillon Colby Herrington<br><br>_Defendant_ | ) Case: 1:21-mj-00465<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 6/7/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_          Dillon Colby Herrington                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grou;
18 U.S.C. § 1752(a)(2)(4) - Knowingly Engage in any act of Physical Violence Against any Person or Property in a Restricted Building ;
40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engage in an act of Physical Violence in the Grounds of the Capitol Building ;
18 U.S.C. § 231(a)(3) - Commit or Attempt any act to Obstruct Impede or Interfere with Law Enforcement in the Lawful Performance of his Official Duties;
18 U.S.C. § 111(a)(1) - Forcibly Assault, Resist, Opposes Impede, Intimidate, or Interfere .

Date:    06/07/2021                                       _/s/ Meriweather_   2021.06.07 17:31:06 -04'00'
                                                                        _Issuing officer's signature_

City and state:        Washington, D.C.                   Robin M. Meriweather, U.S. Magistrate Judge
                                                                        _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/7/2021 , and the person was arrested on _(date)_ 6/8/2021
at _(city and state)_  Madison, AL                      .

Date: 6/8/2021                                        _[signature]_
                                                                        _Arresting officer's signature_

                                                        MARK SINGLETON / SPECIAL AGENT
                                                                        _Printed name and title_