# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 21-MJ-465** |
| : | |
| **DILLON COLBY HERRINGTON** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and upon consideration of the entire record, it is therefore

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Preliminary Hearing that is scheduled for October 22, 2021 be continued for good cause to November 22, 2021 at 3 p.m.; and it is further

**ORDERED** that the time between October 22, 2021 and November 22, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give the United States time to process, organize, review, and produce discovery and will give the parties additional time to engage in pretrial negotiations so that they can potentially reach a resolution.

_____
THE HONORABLE MICHAEL G. HARVEY
UNITED STATES MAGISTRATE JUDGE