# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.:   1:21-mj-00465-RMM-1 |
| | : | |
| **DILLON COLBY HERRINGTON** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that that Assistant United States Attorney David Perri, telephone number (304) 234-0100 and/or email address dperri@usdoj.gov, is now assigned as counsel in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ David Perri
David J. Perri
WV Bar Number 9219
United States Attorney's Office
1125 Chapline St., Ste. 3000
Wheeling, WV 26003
(304) 234-0100