# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 1:21-mj-00465 (RMM) |
| v. : | |
| : | |
| DILLON COLBY HERRINGTON : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the pending charges in this case without prejudice. The Government requests that the Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: /s/ David J. Perri
DAVID PERRI
WV Bar No. 9219
Assistant United States Attorney - Detailee
U.S. Attorney's Office for the District of
    Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (304) 234-0100
Email: David.perri@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on June 5, 2023.

                        By:     *s/ David J. Perri*
                                 David J. Perri
                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 1:21-mj-00465 (RMM) |
| v. | : | |
| | : | |
| DILLON COLBY HERRINGTON | : | |
| | : | |
| Defendant. | : | |

## ORDER

It is hereby **ORDERED** that the government's motion to dismiss the pending charges without prejudice is **GRANTED**. It is therefore **ORDERED** that the pending charges in this case be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date:

Robin M. Meriweather
United States Magistrate Judge

1